IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                     No.    2:02cr20183

MUHAMMAD ELAMIN,

    Defendant.

### ORDER GRANTING MOTION TO EXTEND TIME TO REPORT TO BUREAU OF PRISONS

For good cause shown, the Court hereby grants defendant's motion and allows him an additional sixty (60) days in which to surrender to the United States Bureau of Prisons.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

11/14/05
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 237 in case 2:02-CR-20183 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT