IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 18 PM 4: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) | |
| VS | ) | CR. NO. 02-20183-01-B |
| **MUHAMMAD IBN ELAMIN**, | ) | |
| Defendant. | ) | |

## *A*M*E*N*D*E*D*  ORDER TO SURRENDER

The defendant, **Muhammad Ibn Elamin**, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility,

**IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Forrest City, 1400 Dale Bumpers Road (P.O. Box 7000), Forrest City, AR, 72335** by 2:00 p.m. on ** **FRIDAY, JANUARY 27, 2006.** **

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

ENTERED this the 18th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-21-05   (239)

## ACKNOWLEDGEMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me on _____

_____          _____
**Clerk/Deputy Clerk**                                    **Defendant**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 239 in case 2:02-CR-20183 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT